October 20, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

CAL DIVE OFFSHORE CONTRACTORS, INC., Appellant

NO. 14-13-00883-CV                    V.

NIGEL BRYANT, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Nigel Bryant, signed, July 11, 2013, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Cal Dive Offshore Contractors, Inc., to pay all costs incurred in this appeal.

We further order this decision certified below for observance.